COMMONWEALTH of PA ex rel. Mario GAUSE CG4625, P.O. Box 244, Graterford, PA 19426, Petitioner

v.

Michael WENEROWICZ, S.C.I. Graterford, P.O. Box 244, Graterford, PA 19426, Respondent.

No. 119 EM 2010.

Supreme Court of Pennsylvania.

Feb. 14, 2011.

## ORDER

PER CURIAM.

AND NOW, this 14th day of February, 2011, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Motion for an Instant Hearing are **DENIED**.

Joseph SALERA, Appellant

v.

STATE FARM FIRE AND CASUALTY COMPANY, Appellee.

James Mee, Appellant

v.

Safeco Insurance Company of America, Appellee.

Ihor Helo and Diane Helo, h/w, Appellants

v.

Encompass Insurance, Appellee.

Karol DiCicco, Appellant

v.

Allstate Insurance Company, Appellee.

Richard Crowley and Patti Crowley, h/w, and Adam Skelding and Cheri Skelding, h/w,

v.

The Travelers Property Casualty Insurance Company.

Appeal of Adam Skelding and Cheri Skelding.

Supreme Court of Pennsylvania.

March 16, 2011.

### *ORDER*

PER CURIAM.

The appeals are dismissed as having been **IMPROVIDENTLY GRANTED.**

**MORTGAGE ELECTRONIC REG-ISTRATION SYSTEMS, INC.,**
Appellee

v.

**Betty M. MALEHORN, a/k/a Betty Mae Malehorn, Appellee**

v.

**Coann Elaine Miller, Appellant.**

Superior Court of Pennsylvania.

Filed Feb. 25, 2011.

